Argued and submitted October 3, 1986, reversed and remanded with instructions
June 3, reconsideration denied September 30, petition for review pending 1987

SMITH et al,
*Respondents,*

*v.*

OVERBAY et al,
*Defendants,*
*and*

OVERBAY,
*Appellant.*

(29120; CA A37947)

737 P2d 1250

Robert Harris, Portland, argued the cause for appellant. With him on the briefs were Douglas A. Harrison, and Howe and Harris, Portland.

W. Eugene Hallman, Pendleton, argued the cause for respondents. With him on the brief were Joel S. DeVore and Mautz & Hallman, Pendleton.

Before Buttler, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

In the companion case of *Johnson v. Overbay,* 85 Or App 576, 737 P2d 1251 (1987), we reversed and remanded with instructions. Plaintiffs acknowledge here that their ejectment action rests solely upon the interlocutory and final judgments in *Johnson.*

Reversed and remanded with instructions to modify the ejectment judgment to delete from paragraph 1 the property described in the deed from Smith to Overbays dated November 17, 1979, recorded November 26, 1979, as document number 88974, records of Union County, and for further proceedings not inconsistent with *Johnson v. Overbay, supra.*